

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ERIC DARNELL COOK,

    Petitioner,

v.

JAMES WALKER, Warden,

    Respondent.

Case No. CV 11-1018-R (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 28, 2011

Manuel L. Real
United States District Judge

